**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

WENCESLAO BALDERA-BANCES,     )
          )
        Petitioner,     )
          )
v.          )     Case No. CIV-26-983-J
          )
MARKWAYNE MULLIN, et al.,     )
          )
        Respondents.     )

## ORDER

Petitioner Wenceslao Baldera-Bances, a citizen of Peru, is currently in the custody of Immigration and Customs Enforcement (ICE). He has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking release, or in the alternative, a bond hearing. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin issued a Report and Recommendation recommending that the Court: (1) grant the Petition in part and (2) order Respondents to provide Petitioner with a bond hearing within five business days or otherwise release him. [Doc. No. 9]. The objection deadline was July 22, 2026, *see id.*, and no party objected. Thus, all have waived de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation is ADOPTED and Petitioner's Petition is GRANTED to the extent it alleges entitlement to a bond hearing under the Immigration and Nationality Act, 8 U.S.C. § 1226(a). The Court ORDERS Respondents to provide Petitioner with a bond hearing within five business days from the date of this Order, or release Petitioner if no hearing occurs within that period. Respondents shall certify compliance within seven business days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 24th day of July, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE